| | |
|---|---|
| 1 | Dawniell Zavala (State Bar No. 253130) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
|   | Telephone:  (415) 268-2000 |
| 4 | Facsimile:   (415) 268-1999 |
|   | Email:        dawniell.zavala@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
|   | LOUD RECORDS LLC; INTERSCOPE |
| 7 | RECORDS; UMG RECORDINGS, INC.; |
|   | CAPITOL RECORDS, LLC; BMG MUSIC; |
| 8 | and SONY BMG MUSIC |
| 9 | ENTERTAINMENT |

**E-filing**

FILED 08 AUG 21 PM 2:__
RICHARD W. __
CLERK, U.S. DISTRICT __
NORTHERN DIST. __

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

**MEJ**

LOUD RECORDS LLC, a Delaware limited liabiity company; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

    Plaintiffs,

 v.

JOHN DOE,
    Defendant.

CV 08  3995 CASE NO. _____

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

ORIGINAL

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39464 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff LOUD RECORDS, LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French company.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Dated:    August 21, 2008

HOLME ROBERTS & OWEN LLP

By _____
DAWNIELL ZAVALA
Attorney for Plaintiffs
LOUD RECORDS LLC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; BMG MUSIC; and SONY BMG MUSIC ENTERTAINMENT

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39464 v1