```
 1 | Dawniell Zavala (State Bar No. 253130)
   | HOLME ROBERTS & OWEN LLP
 2 | 560 Mission Street, 25th Floor
 3 | San Francisco, CA  94105-2994
   | Telephone:  (415) 268-2000
 4 | Facsimile:   (415) 268-1999
   | Email:       dawniell.zavala@hro.com
 5 |
 6 | Attorneys for Plaintiffs,
   | LOUD RECORDS LLC; INTERSCOPE
 7 | RECORDS; UMG RECORDINGS, INC.;
   | CAPITOL RECORDS, LLC; BMG MUSIC;
 8 | and SONY BMG MUSIC
   | ENTERTAINMENT
 9 |
```

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

MEJ

LOUD RECORDS LLC, a Delaware limited liabiity company; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

        Plaintiffs,

v.

JOHN DOE,

        Defendant.

CASE NO. CV 08 3995

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39467 v1

1     Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

    ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa Cruz to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks documents that identify Defendant, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED:_____      By: _____
                                                                               United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39467 v1