AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

E-filing

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO.<br>8-3995 | DATE FILED<br>8-21-08 |

CV 08 3995

| PLAINTIFF<br>LOUD RECORDS LLC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; BMG MUSIC; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE  MEJ |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>8-22-08 |

*U.S.G.P.O. 1982-374-279

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

ORIGINAL

# EXHIBIT A

## 169.233.9.194 2008-04-21 03:00:43 EDT

| IP Address: 169.233.9.194 2008-04-21 03:00:43 EDT | CASE ID# 167243195 |
|---|---|
| **P2P Network:** GnutellaUS | **Total Audio Files: 989** |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| Interscope Records | No Doubt | Hey Baby | Rock Steady | 305-872 |
| UMG Recordings, Inc. | Shania Twain | You're Still The One | Come On Over | 243-502 |
| Interscope Records | Enrique Iglesias | Hero | Escape | 303-794 |
| Capitol Records, LLC | Radiohead | Lucky | OK Computer | 330-613 |
| BMG Music | Foo Fighters | Best of You | In Your Honor | 377-762 |
| UMG Recordings, Inc. | Tears For Fears | Everybody Wants To Rule The World | Songs From The Big Chair | 60-715 |
| UMG Recordings, Inc. | Sisqo | Thong Song | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |